

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lubbock Noret Premiere Cinema, LP and Lubbock Premiere Noret Cinema, LLC,

Vs. No. 11-22-00268-CV

Noret Enterprises, LLC,

\* From the 118th District Court of Howard County, Trial Court No. 55035.

\* May 18, 2023

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.